IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| ACADEMY OF ALLERGY & ASTHMA IN PRIMARY CARE AND UNITED BIOLOGICS, LLC D/B/A UNITED ALLERGY SERVICES §§§§§ Plaintiffs, § v. § QUEST DIAGNOSTICS, INC. §§§ Defendant. §§ | Civil Action No. 5:17-CV-1295 |

## PLAINTIFFS' NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that pursuant to Rule 41(a)(1)(A)(i), Plaintiffs Academy of Allergy & Asthma in Primary Care and United Biologics, LLC d/b/a United Allergy Services do not intend to replead their claims against Quest Diagnostics, Inc., and hereby file this dismissal as to Quest Diagnostics, Inc. with prejudice. This notice is intended to dismiss only Plaintiffs' claims against Quest Diagnostics, Inc. so that this case may be closed, and is not intended to waive or otherwise prejudice claims involving any non-parties to this case.

There having been no answer, motion for summary judgment, or counterclaim filed in this action, this notice is filed so that this case may be closed by the Clerk of the Court without further action by the parties or the Court.

DATED: November 4, 2022.

Respectfully submitted,

**PILLSBURY WINTHROP SHAW PITTMAN LLP**

By: /s/ *Casey Low*
    Casey Low
    Texas Bar No. 24041363
    Dillon Ferguson
    Texas Bar No. 06911700
    401 Congress Ave., Suite 1700
    Austin, Texas 78701-4061
    Phone: (512) 580-9600
    Fax:    (512) 580-9601
    casey.low@pillsburylaw.com
    dillon.ferguson@pillsburylaw.com


**ATTORNEYS FOR PLAINTIFFS
AAAPC & UAS**

**<u>CERTIFICATE OF SERVICE</u>**

    I hereby certify that on November 4, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                           */s/ Casey Low*
                                           Casey Low